No. 263, Misc.  HALVERSON *v.* RAGEN, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 266, Misc.  GREEN  *v.*  STEWART, WARDEN.  Supreme Court of Missouri.  Certiorari denied.

No. 270, Misc.  STERBA  *v.*  NIERSTHEIMER, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 272, Misc.  JACKSON *v.* GEORGIA.  Court of Appeals of Georgia.  Certiorari denied.  *W. A. Bootle* for petitioner.

No. 273, Misc.  BOUGH  *v.*  NIERSTHEIMER, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 274, Misc.  HOUGHTON  *v.*  HUDSPETH,  WARDEN.  Supreme Court of Kansas.  Certiorari denied.

No. 69.  J. H. ALLISON & Co. *v.* NATIONAL LABOR RELATIONS BOARD, *ante,* p. 814; and
No. 202.  ECONOMOS  *v.*  COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 826.  Motions for leave to file petitions for rehearing denied.

No. 295.  DIGGS *v.* MICHIGAN, *ante,* p. 885.  Rehearing denied.

No. 362.  MASICH  *v.*  UNITED STATES SMELTING, REFINING & MINING Co. ET AL., *ante,* p. 866.  Rehearing denied.

No. 393.  WISNER *v.* KAMINSKI, *ante,* p. 875.  Bryan substituted for Wisner as appellant.  Rehearing denied.